| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Nugent, Robert E. | 2. Court or Organization<br><br>District of Kansas | 3. Date of Report<br><br>10/09/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>104 U.S. Courthouse<br>401 North Market<br>Wichita, Kansas 67202 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Kansas University Alumni Association Wichita Network |
| 2. | Advisory Board Member | Wichita YMCA East Branch |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/19 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Kansas Bar Association | 4/11/2019 | Topeka, KS | KBA Bky Seminar | travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 10/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. R/O IRA #1 (H) | | | | | | | | | |
| 2. --Fidelity Gov't MM Daily Money Fund (R/O IRA #1 ) | A | Int./Div. | J | T | | | | | |
| 3. --American HI Trust #2 | A | Int./Div. | | | Sold (part) | 02/26/19 | K | A | |
| 4. | | | | | Sold (part) | 05/13/19 | L | A | |
| 5. | | | | | Buy | 06/20/19 | K | | |
| 6. | | | | | Sold | 08/15/19 | K | A | |
| 7. --BlackRock HY Bond | A | Int./Div. | K | T | Sold (part) | 02/26/19 | K | A | |
| 8. | | | | | Sold (part) | 05/13/19 | J | A | |
| 9. | | | | | Buy (add'l) | 06/20/19 | K | | |
| 10. | | | | | Sold | 08/15/19 | K | A | |
| 11. | | | | | Buy | 09/10/19 | K | | |
| 12. --Columbia HY Bond | A | Int./Div. | K | T | Sold (part) | 02/26/19 | K | A | |
| 13. | | | | | Sold (part) | 05/13/19 | K | A | |
| 14. | | | | | Buy (add'l) | 06/20/19 | K | | |
| 15. | | | | | Sold | 08/15/19 | K | A | |
| 16. | | | | | Buy | 09/10/19 | K | | |
| 17. Fid Adv HI Fd Cl I | A | Int./Div. | K | T | Buy | 09/10/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | --JP Morgan HY Bond | A | Int./Div. | K | T | Sold<br>(part) | 02/26/19 | K | A | |
| 19. | | | | | | Sold | 05/13/19 | K | A | |
| 20. | | | | | | Buy | 06/20/19 | K | | |
| 21. | | | | | | Sold<br>(part) | 08/15/19 | K | A | |
| 22. | | | | | | Buy | 09/10/19 | K | | |
| 23. | --Northern HY Fixed Inc | A | Int./Div. | | | Sold<br>(part) | 02/26/19 | K | A | |
| 24. | | | | | | Sold | 05/13/19 | K | A | |
| 25. | --TIAA-CREF HY Fund | A | Int./Div. | | | Sold<br>(part) | 02/26/19 | K | A | |
| 26. | | | | | | Sold | 05/13/19 | L | A | |
| 27. | R/O IRA #1A (H) | | | | | | | | | |
| 28. | --Fidelity Gov't MM Daily Money Fund (R/O IRA #1A ) | A | Int./Div. | J | T | | | | | |
| 29. | --Am Cent Eq Inc | A | Int./Div. | K | T | Buy | 03/01/19 | K | | |
| 30. | --William Blair Small Mid Cap Grth | A | Int./Div. | | | Sold | 03/01/19 | J | A | |
| 31. | --Core Fixed Income | A | Int./Div. | | | Sold<br>(part) | 03/01/19 | J | A | |
| 32. | | | | | | Sold | 08/15/19 | J | A | |
| 33. | --Federated Strat Income | A | Int./Div. | | | Sold | 03/01/19 | J | A | |
| 34. | --Fid Small Cap Idx | A | Int./Div. | K | T | Buy | 03/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  --Fid Covington TR VLU ETF | A | Int./Div. | K | T | Buy | 03/01/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 37.  --Fid Adv Growth Opp | A | Int./Div. | K | T | Buy | 03/01/19 | K | | |
| 38.  --Horizon Def"d Risk | A | Int./Div. | J | T | Buy | 03/01/19 | J | | |
| 39.  --Horizon Active Risk | A | Int./Div. | J | T | Buy | 03/01/19 | J | | |
| 40. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 41.  --Horizon Active Asset Alloc | | | | | Sold | 03/01/19 | J | A | |
| 42.  --Am Cent High Income | A | Int./Div. | J | T | Buy | 03/01/19 | J | | |
| 43.  --JPM Hedged Equity Fund SEL | A | Int./Div. | J | T | Buy | 03/01/19 | J | | |
| 44.  --Invesco Act Mg'd ETF | A | Int./Div. | J | T | Buy | 08/02/19 | J | | |
| 45.  --JP Morgan ETF Ultra Sht | A | Int./Div. | | | Buy | 03/01/19 | J | | |
| 46. | | | | | Sold | 08/02/19 | J | A | |
| 47.  --Prudential HY Z | A | Int./Div. | | | Buy | 03/01/19 | K | | |
| 48. | | | | | Buy<br>(add'l) | 08/15/19 | K | | |
| 49. | | | | | Sold | 08/15/19 | K | A | |
| 50.  --Pru GIM | A | Int./Div. | | | Buy | 08/15/19 | K | | |
| 51. | | | | | Sold | 08/26/19 | K | A | |

1 Income Gain Codes:         A =$1,000 or less         B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes               J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
(See Column C2)             U =Book Value            V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   --PIMCO Income | A | Int./Div. | | | Sold | 03/01/19 | J | A | |
| 53.   --PIMCO Corp and Inc | A | Int./Div. | | | Buy | 03/01/19 | J | | |
| 54. | | | | | Sold | 08/15/19 | J | | |
| 55.   --IShares TR Russell | A | Int./Div. | | | Sold | 03/01/19 | J | A | |
| 56.   --IShares Inc Min Vol GBL | A | Int./Div. | K | T | Buy | 03/01/19 | K | | |
| 57.   --SPDR S&P 600 Small Cap | A | Int./Div. | | | Sold | 03/01/19 | J | A | |
| 58.   Trans Am Flex Inc | A | Int./Div. | J | T | Buy | 03/01/19 | J | | |
| 59. | | | | | | | | | |
| 60.   Roth IRA(H) | | | | | | | | | |
| 61.   --United Development Funding IV | A | Int./Div. | J | T | | | | | |
| 62. | | | | | | | | | |
| 63.   R/O IRA #2 (H) | | | | | | | | | |
| 64.   --Fidelity Gov't MM Daily Money Fund (R/O IRA) | A | Int./Div. | K | T | | | | | |
| 65.   --American Funds Fundamental Inv. | C | Int./Div. | K | T | | | | | |
| 66.   --American Funds Growth | C | Int./Div. | K | T | | | | | |
| 67.   --AmFunds Income Fund America | B | Int./Div. | K | T | | | | | |
| 68. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Simple IRA #1 (H) | | | | | | | | | |
| 70. --American Funds as below: | | | | | | | | | |
| 71. --American Mutual Fund A | B | Int./Div. | J | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 74. --American Mutual Fund C | A | Int./Div. | K | T | | | | | |
| 75. --Fundamental Investors | B | Int./Div. | J | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 76. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 78. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 09/09/19 | J | | |
| 80. | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 82. --Capital Income Builder | B | Int./Div. | K | T | | | | | |
| 83. --Growth Fund of America A | A | Int./Div. | J | T | Buy | 04/15/19 | J | | |
| 84. --Growth Fund America C | B | Int./Div. | K | T | | | | | |
| 85. --Capital World Growth | A | Int./Div. | K | T | Buy<br>(add'l) | 02/11/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | | |
| 87. | Emprise Bank Cash Accounts | A | Interest | J | T | | | | | |
| 88. | CrossFirst Bank Cash Accounts | B | Interest | M | T | | | | | |
| 89. | Citizens Bank Saving | A | Interest | J | T | | | | | |
| 90. | Learning Quest 529 Fund Short-term (American Century) | A | Int./Div. | J | T | | | | | |
| 91. | Vanguard MMA | A | Dividend | J | T | | | | | |
| 92. | Northwestern Mutual Whole Life #1 | A | Dividend | K | T | | | | | |
| 93. | Northwestern Mutual Whole Life #2 | A | Dividend | K | T | | | | | |
| 94. | Northwestern Mutual Whole Life #3 | A | Dividend | J | T | | | | | |
| 95. | Realty LLC | G | Distribution | K | U | | | | | |
| 96. | Emerald Farms--X | E | Distribution | N | W | | | | | |
| 97. | | | | | | | | | | |
| 98. | Bulls & Bears Investment Club (H)--see Part VIII | | | | | | | | | |
| 99. | --Alphabet A | A | Int./Div. | J | T | | | | | |
| 100. | --Alphabet C | A | Int./Div. | J | T | | | | | |
| 101. | --Amazon | A | Int./Div. | J | T | | | | | |
| 102. | --Apple | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 10/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Amgen | A | Int./Div. | J | T | | | | | |
| 104. --Bank of America | A | Int./Div. | J | T | | | | | |
| 105. --Boeing | A | Int./Div. | J | T | | | | | |
| 106. Citi--X | A | Int./Div. | J | T | | | | | |
| 107. --Dow Dupont--X | A | Int./Div. | | | Sold | 02/13/19 | J | A | |
| 108. --General Dynamics | A | Int./Div. | J | T | | | | | |
| 109. --Gray TV--X | A | Int./Div. | J | T | | | | | |
| 110. --Northrup Grumman | A | Int./Div. | J | T | | | | | |
| 111. --Illumina Inc--X | A | Int./Div. | | | Sold | 07/12/19 | J | A | |
| 112. --JP Morgan | A | Int./Div. | J | T | | | | | |
| 113. --Micron--X | A | Int./Div. | J | T | | | | | |
| 114. --Microsoft--X | A | Int./Div. | J | T | | | | | |
| 115. --Northrup Grumman--X | A | Int./Div. | J | T | | | | | |
| 116. --OKTA Inc | A | Int./Div. | J | T | | | | | |
| 117. --Phillips 66 | A | Int./Div. | J | T | | | | | |
| 118. --Raytheon | A | Int./Div. | J | T | | | | | |
| 119. --Spirit Aviation | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  --Union Pacific | A | Int./Div. | J | T | | | | | |
| 121.  --Walt Disney | A | Int./Div. | J | T | Buy | 04/10/19 | J | | |
| 122.  --Williams Co | A | Int./Div. | J | T | | | | | |
| 123. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 10/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 7--Bulls & Bears Investment Club: The following assets were not of reportable amounts before 2019, but appreciated such that they became reportable as of 12/31/19: Citi, Gray Television, Micron, Microsoft, and Northrup Grumman. Illumina was acquired prior to 2019, but was not of reportable value until July of 2019 when the club's position was sold in a reportable amount.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Nugent, Robert E. | 10/09/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Robert E. Nugent**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544